UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GARY LEE WOODROFFE,

    Plaintiff,

vs.                                                        Case No. 8:11-cv-1392-T-27AEP

ATTORNEY GENERAL,
STATE OF FLORIDA, *et al.*,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt. 6) submitted by the Magistrate Judge recommending that Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. 2) be denied and that the Complaint (Dkt. 1) be dismissed. Plaintiff has not filed a timely objection to the Report and Recommendation.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED**:

(1)     The Report and Recommendation (Dkt. 6) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

(2)     Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. 2) is **DENIED** and the Complaint (Dkt. 1) is **DISMISSED**.

(3)     All pending motions are **DENIED** as moot.

(4)     The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers this 18th day of November, 2011.

                                                                    JAMES D. WHITTEMORE
                                                                      United States District Judge

Copies to:
*Pro Se* Plaintiff
Counsel of Record